UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

| | : | |
|---|---|---|
| JAZZMEN MOORE | : | CASE NO. 1:23-cv-00038 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Jazzmen Moore seeks judicial review of the Social Security Administration Commissioner's final decision denying her application for Disability Insurance Benefits ("DIB").[1]

On November 22, 2023, Magistrate Judge Grimes issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision.[2] Moore did not file an objection to the R&R.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[3] Absent objection, district courts may adopt an R&R without review.[4] Plaintiff Moore did not object to the R&R, and this Court may adopt Magistrate Judge Grimes' R&R without further review.

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 8, 11. Plaintiff filed a reply. Doc. 12. Plaintiff also filed an amended brief on the merits. Doc. 14.
[2] Doc. 15.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:23-cv-00038
Gwin, J.

  Accordingly, the Court **ADOPTS** Magistrate Judge Grimes's R&R, and **AFFIRMS** the Commissioner's final decision.

  IT IS SO ORDERED.

Dated: January 4, 2024         *s/  James S. Gwin*
                   JAMES S. GWIN
                   UNITED STATES DISTRICT JUDGE